

**THE LEGAL AID SOCIETY**

Civil Practice
Queens Neighborhood Office
120-46 Queens Blvd, 3rd Floor
Kew Gardens, NY 11415
T (718) 286-2450
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene Holder
*Attorney-in-Charge*
Civil Practice

April Newbauer
*Attorney-in-Charge*
Civil Practice -
Queens Neighborhood Office

April 11, 2011

**VIA ECF & FIRST CLASS MAIL**

Honorable John Gleeson
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Williams v. Aries Financial LLC, et al.* (JG) (RML)
      Docket No. 09-cv-1816

Dear Judge Gleeson:

As you are aware, the Legal Aid Society and the firm of Fitzpatrick, Cella, Harper & Scinto, co-counsel, represent Plaintiff Alavita Williams (hereinafter "Plaintiff") in the above-referenced matter. We are pleased to inform Your Honor that Plaintiff and Defendants David Appelman and Indigo Management have executed a settlement agreement. Enclosed is a copy of a proposed Stipulated Order of Dismissal, which has been signed by all parties.

The parties jointly request that Your Honor enter the enclosed Stipulated Order of Dismissal.

We have not provided a copy of the settlement agreement because its terms are confidential and we are still litigating against other defendants in this action. Should the court wish to see a copy of the settlement agreement, we would be happy to provide a copy under seal.

Plaintiff is available to answer any questions Your Honor may have about the settlement agreement or proposed Stipulated Order of Dismissal.

Respectfully submitted,

Sumani Lanka

cc:   All Counsel (by ECF only)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ALAVITA WILLIAMS, individually and as alleged sole
managing member of 113-38 Springfield Blvd., LLC,

                              Plaintiff,                        Case No. 09-cv-1816
                                                                                 (JG)(RML)

                - against -

ARIES FINANCIAL, LLC, WALL STREET MORTGAGE
BANKERS LTD., INDIGO MANAGEMENT, BERKSHIRE
FINANCIAL GROUP, INC., ALBERT O. LONDON,
DOUGLAS KAHAN, DAVID APPLEMAN, RONNIE
EBRANI, AND DLJ MORTGAGE CAPITAL, INC.,

                              Defendants.
-------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Alavita Williams ("Plaintiff"), through her undersigned counsel, and Defendants David Appelman (Appelman") and Indigo Management ("Indigo") (collectively, "the Parties") that:

        1.     All claims by Plaintiff against Appelman and Indigo are dismissed with prejudice.

        2.     Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

        3.     This Court shall retain jurisdiction for the purpose of enforcing compliance with the terms of a confidential settlement agreement between the Parties, the terms of which are incorporated by reference herein.

Date: 3/24/11     By: _____
Sumani Lanka (SL 3798)
THE LEGAL AID SOCIETY
120-46 Queens Boulevard
Kew Gardens, New York 11415
Tel. (718) 286-2434
Fax. (646) 616-9468
svlanka@legal-aid.org

Donald J. Curry
Margaret A. Radzik
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Tel. (212) 218-2100
Fax. (212) 218-2200
mradzik@fchs.com
dcurry@fchs.com

Attorneys for the Plaintiff

By: _____
David Appelman, Defendant, *Pro Se*
315 20th Street, Apt. 3A
Brooklyn, New York 11215

By: _____
David Appelman on behalf of Indigo Management,
Defendant, *Pro Se*
315 20th Street, Apt. 3A
Brooklyn, New York 11215

SO ORDERED:

Dated: _____     _____
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE